# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Aaron William Fein | | DISTRICT JUDGE: Robert J. Jonker |
|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:19-cr-118 | July 29, 2025 | 3:02 - 4:16 p.m. | Grand Rapids | |

### APPEARANCES

| Government: Nils Kessler | Defendant: Pedro Celis | Counsel Designation: FPD Appointment |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>  __ mute   __ nolo contendre<br>  __ not guilty   __ guilty<br>__ Final Pretrial Conference<br>__ Detention (waived __ )<br>__ Motion Hearing<br>✓ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other: _____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>✓ Other: Revocation Judgment | Charging Document:<br>__ Read   __ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing: _____<br><br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

### SENTENCING

Imprisonment: 12 months*
Probation: 
Supervised Release: 
Fine: $ 
Restitution: $ 
Special Assessment: $ 

Plea Agreement Accepted:  __ Yes  __ No
Defendant informed of right to appeal: ✓ Yes __ No
Counsel informed of obligation to file appeal: ✓ Yes __ No
Conviction Information:
  Date: _____
  By: _____
  As to Count (s): _____

**ADDITIONAL INFORMATION:**
Hearing held concurrently with sentencing in 1:24-cr-58; Government called USPO Keonna Cruzado for testimony; Violations 1-8 all established by a preponderance of the evidence.
*Consecutive to sentence imposed in case no. 1:24-cr-58.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detention Continued | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Carpenter |